JUDGE CROTTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

THE BRITA PRODUCTS COMPANY

   Plaintiff,

v.

PURE WATER GLOBAL, INC. and MOVE
COLLECTIVE LLC;

   Defendants.

**12 CV 6504**
C.A. No.

JURY TRIAL DEMANDED

## COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT INVALIDITY
## AND NON-INFRINGEMENT

Plaintiff The Brita Products Company ("Brita"), for its Complaint against Pure Water

Global, Inc, and Move Collective LLC (collectively "Defendants") alleges based on personal

belief as to itself and on information and belief as to Defendants as follows:

### PARTIES

1.     Brita is a Delaware corporation headquartered at 1221 Broadway, Oakland, CA

94612.

2.     Pure Water Global, Inc. ("PWG") is a Texas corporation having a place of

business at 50 Industrial Avenue, Pioneer, Ohio 43554.  PWG is a wholly owned subsidiary of

Move Collective, LLC.

3.     Move Collective, LLC ("Move") is a Delaware Limited Liability Company

having a place of business at 319 Lafayette Street #210, New York NY, 10012.

4.     PWG is the owner of record at the U.S. Patent and Trademark Office of U.S.

Patent No. 5,609,759 (the "'759 patent"), titled "Bottle Filter Cap," a copy of which is attached

as Exhibit 1.  Move purports to own all right, title and interest in the '759 patent.

Kilpatrick Townsend 64504772 1

5.     PWG is also the owner of record at the U.S. Patent and Trademark Office of U.S. Patent No. 6,153,096 (the "'096 patent"), titled "Shroud for Bottle Mounted Filters," a copy of which is attached as Exhibit 2.

## NATURE OF ACTION

6.     This action seeks a declaratory judgment that Brita does not infringe any valid, enforceable claim of the '759 patent or the '096 patent (collectively, the "PWG patents").

7.     This action seeks a declaratory judgment that each of the claims of the '759 patent and '096 patent are invalid.

## JURISDICTION AND VENUE

8.     This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) in that it involves claims arising under the United States Patent Act, 35 U.S.C. §1 *et seq*.

9.     This Court may declare the rights and other legal relations of the parties pursuant to 28 U.S.C. §§ 2201 and 2202 because this is a case of actual controversy within the Court's jurisdiction, seeking a declaratory judgment that the PWG patents are invalid, not infringed, and unenforceable.

10.    Personal jurisdiction exists over Move at least because Move has a principal place of business within this district.

11.    Personal jurisdiction exists over PWG and Move because each of these parties has purposefully availed themselves of the benefits of this jurisdiction, at least by thrusting themselves into this jurisdiction by instituting actions in this Court.

12.    Venue is proper in this judicial district under 28 U.S.C. § 1391(b) because Move resides, and is subject to personal jurisdiction, in this district.

## ACTUAL CONTROVERSY

13.    The Brita Products Company designs, manufactures and sells reusable water filtration systems and filtration cartridges.

14.    Brita is a market leader of consumer water filtration products.

15.    From 1999 to 2001 Brita offered for sale and sold a portable water filtration system called the Brita FILL & GO bottle.

16.    In January of 2000 then owner of the '759 patent, Innova Pure Water, Inc., sued Brita for infringement of two patents, including the '759 patent.

17.    On February 20, 2001, Innova Pure Water, Inc. and Brita signed a Settlement Agreement settling all claims of patent infringement related to the Brita FILL & GO bottle. The Settlement Agreement covered the '759 patent and any related patents, such as the '096 patent.

18.    In late 2001, Brita ceased selling the Brita FILL & GO bottle.

19.    On information and belief, between February 2001 and December 2010, Pure Water Global, Inc. acquired the rights to the PWG patents.

20.    In a letter dated December 7, 2010, counsel for PWG contacted Brita "in connection with protection and enforcement of [PWG's] intellectual property rights." The letter mentioned both the '759 and '096 patents, and inquired about Brita's plans for re-entering the U.S. market with "a FILL & GO water filter bottle."

21.    On December 20, 2010, Brita confirmed to counsel for PWG that Brita was planning to re-enter the market with a reusable portable water bottle with a built-in filter and requested that PWG complete a W-9 form so that Brita could begin making royalty payments for sales of this product according to the terms of the Settlement Agreement.

22.    In or about February 2011, Brita began selling the Brita Bottle, a reusable portable water bottle with a built-in filter.

23.    In a letter dated April 22, 2011, counsel for PWG rejected the request that PWG complete a W-9 form, and informed Brita that "PWG does not believe that the Settlement Agreement provides Brita with any license rights under any of the patents owned by PWG, including but not limited to U.S. Patent Nos. 5,609,759 and 6,153,096." The letter further alleged that even assuming, *arguendo*, that the Settlement Agreement applied, PWG alleged that Brita would be in breach of the Settlement Agreement for failure to mark with the PWG patent numbers.

24.    On March 16, 2011, Edward Kidston, CEO of PWG at the time, met with a representative from Brita and asserted that Brita was infringing on PWG patents. Mr. Kidston further informed the Brita representative that PWG was a contract manufacturer for Move Collective LLC.

25.    Move markets and sells a reusable, portable water bottle with a built-in filter sold under the trade name "Bobble."

26.    In a letter dated November 14, 2011, counsel for PWG informed Brita that PWG was now a wholly owned subsidiary of Move, and reaffirmed PWG's position that the Settlement Agreement did not cover sales of the Brita Bottle and requested that Brita enter into a new license agreement. PWG repeated its allegations that even were the Settlement Agreement to apply, Brita had materially breached the Settlement Agreement by its failure to mark the Brita Bottle product.

27.    In December 2011, Brita informed counsel for PWG that they did not believe the PWG patents covered the current Brita products and requested that PWG provide claim charts

comparing the claims of the PWG patents to the Brita Bottle if they believed otherwise. Counsel for PWG provided claim charts to counsel for Brita in 2012.

28. Since 2011, representatives of Brita have met with Mr. Richard Smiedt, CEO of Moveand have informed Mr. Smiedt that Brita does not believe the PWG patents to be valid.

29. On May 18, 2012, Move and PWG filed a complaint with this Court against a company named Ad-n-Art for, *inter alia,* infringement of U.S. Patent no. 5,609,759 based on Ad-N-Art's sales of a filtered water bottle and filters. According to the complaint, Move had previously contacted Ad-N-Art and had been in discussions regarding the latter's water bottle for some while.

30. As a result of PWG and Move's allegations and course of conduct, Brita has a reasonable apprehension that one or both of the foregoing will file suit against Brita. An actual and justiciable controversy therefore exists between Brita, on the one hand and Defendants on the other as to whether Brita infringes any valid and enforceable claim of the PWG patents by making and selling the Brita Bottle.

## COUNT I

### DECLARATORY JUDGMENT OF NONINFRINGEMENT OF THE '759 PATENT

31. Brita incorporates by reference, as though fully set forth herein, the allegations contained in paragraphs 1 through 30 above.

32. The manufacture, use, offer for sale and/or sale in the United States of any products of The Brita Products Company does not infringe any valid claim of the '759 patent.

33. Brita does not contribute to the infringement or, or induce others to infringe, any valid claim of the '759 patent.

34. An actual case or controversy exists between Brita and Defendants.

USADMIN 9805919 2

35.    Declaratory relief is both appropriate and necessary to establish that Brita does not infringe any valid claim of the '759 patent either directly or indirectly, literally or under the doctrine of equivalents.

## COUNT II

## DECLARATORY JUDGMENT OF NONINFRINGEMENT OF THE '096 PATENT

36.    Brita incorporates by reference, as though fully set forth herein, the allegations contained in paragraphs 1 through 35 above.

37.    The manufacture, use, offer for sale and/or sale in the United States of any products of The Brita Products Company does not infringe any valid claim of the '096 patent.

38.    Brita does not contribute to the infringement or, or induce others to infringe, any valid claim of the '096 patent.

39.    An actual case or controversy exists between Brita and Defendants.

40.    Declaratory relief is both appropriate and necessary to establish that Brita does not infringe any valid claim of the '096 patent either directly or indirectly, literally or under the doctrine of equivalents.

## COUNT III

## DECLARATORY JUDGMENT OF PATENT INVALIDITY OF THE '759
## PATENT

41.    Brita incorporates by reference, as though fully set forth herein, the allegations contained in paragraphs 1 through 40 above.

42.    Each claim of the '759 patent is invalid for failing to comply with one or more provisions of the patent laws, 35 U.S.C. § 1 et seq., including but not limited to 35 U.S.C. §§ 101, 102, 103 and 112.

USADMIN 9805919 2

43. An actual case or controversy exists between Brita and Defendants.

44. Declaratory relief is both appropriate and necessary to establish that the '759 patent is invalid, and thus cannot be asserted against Brita.

## COUNT IV

## DECLARATORY JUDGMENT OF PATENT INVALIDITY OF THE '096 PATENT

45. Brita incorporates by reference, as though fully set forth herein, the allegations contained in paragraphs 1 through 44 above.

46. Each claim of the '096 patent is invalid for failing to comply with one or more provisions of the patent laws, 35 U.S.C. § 1 et seq., including but not limited to 35 U.S.C. §§ 101, 102, 103 and 112.

47. An actual case or controversy exists between Brita and Defendants.

48. Declaratory relief is both appropriate and necessary to establish that the '096 patent is invalid, and thus cannot be asserted against Brita.

## PRAYER FOR RELIEF

WHEREFORE, Brita respectfully requests:

    A. A Declaratory Judgment that Brita is not liable for directly infringing, or contributing to or inducing infringement of, any valid claim of the '759 patent;

    B. A Declaratory Judgment that Brita is not liable for directly infringing, or contributing to or inducing infringement of, any valid claim of the '096 patent;

    C. A Declaratory Judgment that each claim of the '759 patent is invalid;

USADMIN 9805919 2

D.  A Declaratory Judgment that each claim of the '096 patent is invalid;

E.  Such further relief as the Court may deem just and proper.

## JURY DEMAND

Brita demands a trial by jury.

Respectfully submitted this 23rd day of August, 2012.

KILPATRICK TOWNSEND & STOCKTON
LLP

By: Frederick L. Whitmer (FW-8888)
The Grace Building
1114 Avenue of the Americas
New York, New York 10036-7703
Tel:  (212) 775-8700
Fax:  (212) 775-8800
fwhitmer@kilparicktownsend.com

*Attorneys for Plaintiff, The Brita Products Company*

USADMIN 9805919 2

# EXHIBIT 1

US005609759A

# United States Patent [19]

## Nohren, Jr. et al.

[11] **Patent Number:** **5,609,759**

[45] **Date of Patent:** **Mar. 11, 1997**

[54] **BOTTLE FILTER CAP**

[75] Inventors: **John E. Nohren, Jr.; Henry C. Reid; Joseph H. Nohren; John T. Smith; Donald G. Huggins, Jr.,** all of Clearwater, Fla.

[73] Assignee: **Innova Pure Water Inc.,** Clearwater, Fla.

[21] Appl. No.: **460,721**

[22] Filed: **Jun. 2, 1995**

[51] **Int. Cl.⁶** ................................... **C02F 1/28**

[52] **U.S. Cl.** .................. **210/266**; 210/282; 210/472; 210/474

[58] **Field of Search** ................. 210/282, 472, 210/464, 466, 468, 469, 266, 474

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 98,343 | 12/1869 | Boyce | 210/472 |
| 647,580 | 4/1900 | Parker | 210/472 |
| 690,457 | 1/1902 | Parker | 210/472 |
| 707,873 | 8/1902 | Spencer | 210/472 |
| 2,055,096 | 9/1936 | Dehn et al. | 210/472 |
| 2,172,031 | 9/1939 | Norman | 210/472 |
| 2,212,318 | 8/1940 | Gee | 210/472 |
| 2,222,123 | 11/1940 | Schwab | 210/472 |
| 2,761,833 | 9/1956 | Ward | 210/282 |
| 2,781,312 | 2/1957 | Klumb et al. | 210/282 |
| 2,869,724 | 1/1959 | McDevitt | 210/282 |
| 3,038,610 | 6/1962 | Hetherington | 210/282 |
| 3,220,555 | 11/1965 | Silha | 210/469 |
| 3,449,081 | 6/1969 | Hughes | 210/282 |
| 3,782,549 | 1/1974 | Muller | 210/282 |
| 3,951,798 | 4/1976 | Haldopoulos | 210/469 |
| 4,024,991 | 5/1977 | Tyson et al. | 210/466 |
| 4,605,499 | 8/1986 | Wise | 210/282 |
| 4,695,379 | 9/1987 | Nohren, Jr. et al. | 210/282 |
| 4,753,728 | 6/1988 | VanderBilt et al. | 210/282 |
| 4,769,144 | 9/1988 | Nohren, Jr. | 210/282 |
| 4,798,671 | 1/1989 | Mijers et al. | 210/282 |
| 5,013,459 | 5/1991 | Gettings et al. | 210/264 |
| 5,080,800 | 1/1992 | Heyl et al. | 210/683 |
| 5,122,272 | 6/1992 | Iana et al. | 210/282 |
| 5,126,044 | 6/1992 | Magnusson et al. | 210/282 |
| 5,128,036 | 7/1992 | Svensson | 210/282 |
| 5,211,973 | 5/1993 | Nohren, Jr. | 210/282 |
| 5,273,649 | 12/1993 | Magnusson et al. | 210/264 |
| 5,273,650 | 12/1993 | Vermes et al. | 210/282 |
| 5,401,399 | 3/1995 | Magnusson et al. | 210/136 |
| 5,417,860 | 5/1995 | Kay | 210/472 |
| 5,431,813 | 7/1995 | Daniels | 210/282 |
| 5,496,471 | 3/1996 | Heyl et al. | 210/282 |
| 5,545,315 | 8/1996 | Lonneman | 210/275 |

*Primary Examiner*—Cynthia L. Nessler
*Attorney, Agent, or Firm*—Nixon & Vanderhye P.C.

[57] **ABSTRACT**

A filter assembly, particularly for use with a plastic bottle having an open neck with an inside diameter of about 50 mm or less (e.g. about 25 mm), includes a tube of filtering material connected to one surface of a cap while a valve extends from an opposite surface of the cap. The tube is preferably of filtering material such as activated carbon with plastic binder, having a substantially continuous liquid-porous sidewall, a hollow interior, a first closed end, and a second open end. The tube is operatively connected to the cap second surface at the tube second open end by sonic welding, a mechanical connection, or adhesively. The cap has a fitting portion for cooperating with the bottle neck, such as internal screw threads or a snap portion. The valve may be a reciprocating valve, a baby bottle nipple, or a spray device. A biocidal medium may be disposed within the hollow interior of the filter tube, and the tube may be wrapped with a filter material having a pore size of about 1–4 microns. The filtering material is capable of reducing the level of chlorine and water passing through it by at least 50% at a flow rate of about 5 ml/second.

**23 Claims, 5 Drawing Sheets**



Case 1:12-cv-06504-PAC    Document 1    Filed 08/24/12    Page 11 of 28



FIG. 1    FIG. 2



FIG. 3

FIG. 4



FIG. 5

FIG. 6

FIG. 7

FIG. 8



FIG. 9



FIG. 12

FIG. 10



**FIG. 11**

5,609,759

**1**

### BOTTLE FILTER CAP

#### BACKGROUND AND SUMMARY OF THE INVENTION

There is a significant demand for filtered drinking water, and while this is oftentimes fulfilled with home tap water filters, or by the purchase or use of bottled water, neither are susceptible to ready portability. It is desirable to be able to have filtered drinking water even during travel situations, whether by car, public transportation, or bicycle, and it would be especially desirable to provide a filtering assembly for use with standard plastic water bottles, which filter assembly has optimum portability, for example being capable of being carried in a pocket, purse, fanny pack, or the like. It is especially desirable to be able to have such portability while at the same time being able to filter chlorine out of drinking water. Chlorine has been linked to both arterial disease and types of cancer, and chlorinated water oftentimes has an undesirable taste, as can organic contaminants in the water.

According to the present invention a filter assembly, and a container for dispensing filtered water, are provided which address the needs discussed above. According to the present invention a filter assembly is provided which has almost optimum portability, yet is capable of effectively treating drinking water to remove chlorine and organic taste contaminants therefrom and reduces a variety of chemical contaminants. The filter assembly according to the present invention, for example, is capable of providing at least a 50% reduction in chlorine at a 5 ml/second flow rate of water therethrough, small enough not only to be portable but to be readily mounted in the next or open end of a conventional plastic bottle, such as conventional plastic water bottles, including conventional plastic water bottles having necks with an internal diameter of about 25–50 mm. There is a great deal of versatility associated with the filter assemblies and containers according to the present invention, the actual filter element being connected to the other components either adhesively, mechanically, or by welding (e.g. sonic welding), a cap with which the filter is associated being adaptable to fit any type of closure mechanism on a conventional plastic bottle or the like, and the assembly also including a valve through which the water may be dispensed.

According to one aspect of the present invention a filter assembly for use with a bottle having a circular cross-section neck or open end to simultaneously cap the neck or open end and filter liquid (typically drinking water) poured out of the bottle through the neck or open end, is provided. The assembly comprises the following components: A tube of filtering material, having a substantially continuous liquid-porous side wall, a hollow interior, a first closed end, and a second open end. A cap for the bottle neck or end, having a fitting portion thereof for cooperating with the bottle neck or end and closing the neck or end, the cap having first and second substantially opposite surfaces. A valve operatively associated with the cap. And, the tube operatively connected to the cap second surface at the tube second open end.

The tube may be adhesively connected to the cap second surface, but preferably is welded (e.g. sonically welded) to it, or is mechanically connected to it. For example a mechanical connection may comprise an O-ring received by cooperating grooves formed in the tube and the cap second surface, or the tube may include a flange extending substantially perpendicularly to the hollow interior, the so cap

**2**

comprising one or more projections for engaging the flange, and the flange and one or more projections providing the mechanical connection, or a locking taper slip fit between the cap closure and filter assembly.

The valve may comprise a baby bottle nipple, a spray valve, or a reciprocating valve of the type conventionally used with plastic water bottles for bicyclists. Such a reciprocating valve has an open first position in which an end portion thereof is most removed from the cap and a closed second position in which the end portion is closest to the cap.

The tube typically has an outside diameter of about 50 mm or less, and is smaller than the bottle neck with which it is to be used, e.g. an outside diameter of less than 25 mm (e.g. about 22 mm) for a conventional plastic water bottle having a 25 mm neck opening.

The cap fitting portion may comprise an internally screw threaded portion or a snap portion. Other types of connections may also be provided, such as bayonet type connections, accessory holding members, or the like.

One preferred composition of filtering material is activated carbon, typically with a binder. For example the filtering material may comprise about 95–30%, about 80–325 mesh, activated carbon powder or granules. The binder may comprise 5–60%, about 75–135 mesh, plastic resin granules. Inert and other types of materials, such as zeolytes, may also be included in the filtering material with which the binder comprises an integral tube. The filter typically has a porosity of about 10–120 microns. To ensure removal of cysts, or other fine particulates, a wrap of filter material having a pore size of about 1–4 microns (e.g. about 1–2 microns) may be disposed exteriorly around the filtering material tube side wall and first closed end. Also other types of water treatment materials may also be utilized, such as a biocidal media disposed within the hollow interior of the filter tube.

According to another aspect of the present invention a container for dispensing filtered water is provided. The container comprises the following components: A plastic bottle having an open neck with an inside diameter of about 50 mm or less, and with a cap engaging portion. A plastic cap having a bottle neck engaging portion, the cap and neck engaging portions cooperating to releasably hold the cap on the neck, the cap having first and second substantially opposite surfaces. A tube of or containing filtering material capable of reducing the level of chlorine in water passing therethrough by at least 50% at a flow rate of 5 ml/second, the tube having a substantially continuous side wall, a hollow interior, a first closed end, and a second open end. A valve operatively associated with the cap. And, the tube operatively connected to the cap second surface, and the tube having an outside diameter less than the inside diameter of the neck.

The tube may comprise activated carbon and binder, the side wall and closed end being liquid porous, or may be of solid plastic with openings or porous plastic and contain filtering media. The bottle neck inside diameter may be about 25 mm, the tube outer diameter about 22 mm, with the tube having a length of about 55–75 mm. The bottle is inverted during use, and valving action may be provided by an air vent formed in the closed end of the tube, e.g. a hole small enough so that liquid may not pass through it but so that air may (e.g. a circular hole having a diameter of about 0.02 mm).

It is the primary object of the present invention to provide a simple yet effective portable filter assembly and container for dispensing filtered water utilizing such a filter assembly.

5,609,759

**3**

This and so other objects of the invention will become clear from an inspection of the detailed description of the invention and from the appended claims.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1–3 are side exploded views, partly in elevation and partly in cross-section, of exemplary container embodiments, with filter assemblies, according to the present invention;

FIGS. 4 through 8 are side views, partly in cross-section and partly in elevation, of other exemplary embodiments of filter assemblies according to the present invention;

FIG. 9 is a side exploded cross-sectional view of another exemplary embodiment of filter assembly according to the present invention;

FIG. 10 is a side cross-sectional exploded view of another container with filter assembly embodiment according to the present invention;

FIG. 11 is a side view, partly in cross-section and partly in elevation, of another embodiment of container with valve assembly according to the present invention; and

FIG. 12 is a side cross-sectional view of an alternative embodiment of a filter assembly for use in the container embodiment of FIG. 11.

### DETAILED DESCRIPTION OF THE DRAWINGS

FIG. 1 shows an exploded view of one embodiment of the container for dispensing filtered water according to the present invention with a plastic water bottle 11 (e.g. of PVC or PET) as one element thereof and a filter assembly 12 as the second element thereof. The filter assembly 12 is shown in cross-section and the bottle 11 in elevation. The bottle 11 preferably is a conventional plastic water bottle having an open neck 13 that is generally circular in cross-section, and has a diameter of about 50 mm or less, e.g. a standard 25 mm internal diameter. The neck 13 as illustrated in FIG. 1 also has attachment components for attachment to the filter assembly 12, in the embodiment actually illustrated in FIG. 1 these attachment components being in the form of external screw threads 14, although other types of elements [such as bayonet connections, snap-on projections or depressions, or the like] may be provided. The plastic bottle 11 may be relatively rigid, or may be a squeeze type bottle, and may have a volume of about one half pint to two liters.

The filter assembly 12 includes a cap 15 of a relatively hard plastic for closing off the bottle neck 13. The cap 15 has a fitting portion thereof—in the embodiment actually illustrated in FIG. 1 the internal threads 16 of a generally tubular portion 17 thereof—which cooperates with the attachment components (external threads 14) on the bottle neck 13. The cap 15 includes a first (top in FIG. 1) surface 18 and a second (bottom) surface 19, the generally tubular portion 17 containing the fitting portion 16 extending from the second surface 19 and being integral therewith.

The filter assembly 12 also includes a valve, shown generally so by reference numeral 20 in FIG. 1. The valve may be of any suitable conventional type. In the embodiment illustrated in FIG. 1 the valve 20 is of the type used in conventional bicycle water bottles, having a reciprocating movable valve element 21 which is tubular and has an elongated opening 22 therein and an enlarged end portion 23 that is movable from a first position in which the end portion 23 is spaced from the stationary tubular portion 24 of the valve 20, to a second position (illustrated in FIG. 1) in which

**4**

the end portion 23 engages the stationary portion 24 and does not allow the passage of water from the bottle 11 through the opening 22 around the end portion 23. The valve 20 extends outwardly from the first surface 18, typically the stationary valve element 24 being integral with the cap 15.

The filter assembly 12 also comprises a tube of filtering material, shown generally by reference numeral 25 in FIG. 1. The tube 25 has a substantially continuous liquid-porous side wall 26, a first closed end 27, a second open end 28, and a hollow interior 30. While the filtering material may comprise a wide variety of materials, in the preferred embodiment illustrated in FIG. 1 the filtering material of the tube 25 comprises activated carbon which may be extruded or die molded in combination with plastic resin. For example the tube 25 may have a porosity of 10–120 microns and be produced using about 5–60% binder (such as about 75–135 mesh plastic resin granules) and about 95–30% powdered or granular activated carbon of about 80–325 mesh. Other materials, such as inert materials, zeolytes, and the like, may also be included in the tube 25.

The tube 25 is connected to the cap 15 second surface 19, extending outwardly therefrom and essentially opposite the valve 20. The attachment mechanism in FIG. 1 is shown generally by so reference numeral 29 which may comprise a weld (e.g. an ultrasonic, thermal or spin welding weld). Alternatively the attachment mechanism 29 may comprise an adhesive, such as an ultraviolet cured adhesive, or a mechanical connection (as will be hereinafter described).

The outside diameter of the tube 25 is preferably slightly less than the inside diameter of the neck 13. While theoretically only the height of the bottle 11 limits the maximum length of the tube 25, normally the tube 25 has a length that is significantly less than the height of the bottle 11. The length of the tube 25 must be great enough so that there is a hollow interior void area 30 which is of significant volume to allow a high filtration flow rate. Where the neck 13 has an internal diameter of 25 mm, one particularly desirable configuration of filter tube 25 is a tube having a 22 mm outer diameter, with a 13 mm inner diameter (diameter of the hollow interior 30), and a length from the surface 19 to end 27 of between about 55–75 mm (e.g. about 64 mm). Such a filter tube 25 provides a 50% or better reduction in chlorine of the water flowing therethrough at a 5 ml/second flow rate.

FIG. 2 illustrates an embodiment similar to that of FIG. 1 in which components similar, but not identical to, the components in the FIG. 1 embodiment are shown by the same reference numeral only preceded by a "1" and in which identical components are shown by the same reference numerals. In this embodiment the neck 113 of the plastic bottle 111 has a toroidal element. The cap 115 includes a snap element 116 for cooperating with the element 114 for snapping into place closing the open neck 113. The filter tube 25 is the same, however the valve 120 simply comprises a baby bottle nipple which is bonded to the cap 115 first surface 118 and to an internal hollow stem 32.

While the valves 20, 120 are the preferred valves, other types of valves may also be utilized such as those having pivotal, rotatable, or oscillating movable valve elements.

In the FIG. 3 embodiment components identical to those in the FIG. 1 embodiment are shown by the same reference numeral while components that are similar but not identical are shown by the same reference numeral only preceded by a "2".

In the FIG. 3 embodiment the bottle 211 has an open end 213 instead of a neck, with an external ring 214, the ring 214 cooperating with the snap-on component 216 of the cap 215.

5,609,759

5

The valve **20** and the tube **25** are the same as in the FIG. **1** embodiment.

FIG. **4** shows a different valve mechanism than in the FIG. **1** embodiment, and a different connection between the filtering tube and the cap. In this embodiment components similar to those in the FIG. **1** embodiment are shown by the same reference numeral only preceded by a "3".

The only difference between the cap **315** and the cap **15**, and the tube **325** and the tube **25** is the particular connection between them. A mechanical connection is provided by an O-ring **329** of elastomeric material which is press fit into a groove **35** in a part of the second surface **319** of the cap **315**, and also into a groove **36** in the side of the filter tube **325**.

In the FIG. **4** embodiment the valve **320** is shown only schematically; a valve **320** is known per se valve element which has two stages, being movable to a first stage in which it opens and one can drink from the valve **320**, or to a second position in which a spray may be provided thereby.

FIG. **5** shows a filter assembly **212** the same as the filter assembly in the FIG. **3** embodiment except that instead of the hollow interior **30** of the filter material tube **25** being open it includes a biocidal material **38**, such as a porous iodinated resin filter.

FIG. **6** shows a filter assembly **212** the same as that in the FIG. **3** embodiment except that the filter tube **25** has a low micron filter cloth or other material **39** wrapped around it. The filter material cloth or other material **39** has a pore size of about 1–4 microns, preferably about 1–2 microns, and may be bound to the tube **25** by tack "welds", spaced adhesive portions, or any other suitable manner including some sort of fight, shrink, fit around tube **25**. The permeable cloth or other material (e.g. a foam) **39** reduces or eliminates the passage of cysts and other larger biological contaminants out of the bottle **211** into the tube **25**.

The filter assembly **212** in the FIG. **7** embodiment is the same as in the FIG. **3** embodiment except that the tube of filtering material—shown by reference numeral **40**—instead of being of activated carbon and binder comprises a bonded (with binder) porous iodinated resin filter tube having a low micron filter element **39** wrapped around it, and in the hollow interior a highly porous carbon tube insert **41**.

The filter assembly **212** in FIG. **8** is the same as that in FIG. **3** except the filtering element comprises a substantially solid plastic protective housing **42** having a plurality of screened openings **43** around the circumference thereof, and filled with granular activated carbon **44**, the plastic housing **42** being bonded at **229** by an ultrasonic weld or adhesive to the inside surface **219** of the cap **215**, or by a friction fit with mating cylindrical suction **230** formed into cap **215**.

In the FIG. **9** embodiment the components similar but not identical to those in the FIG. **1** embodiment shown by the same reference numeral only preceded by a "4" and the valve element—which is identical to that in the FIG. **1** embodiment—being shown by the same reference numeral.

The cap **415** provides a different type of mechanical connection to the filter assembly **425**. The filter assembly **425** has a mounting flange, of relatively rigid plastic, **45** at the top thereof, while the wall **417** of the cap **415** has a plurality of projections **416** therein. For example the projections **416** may be somewhat flexible spaced rings, or may be internal threading which would cooperate with a threaded neck **13** of the bottle **11** in FIG. **1**. In any event the mounting flange **45** is dimensioned to engage the projections **416** and either be forced over them, or threaded with respect to them, into a position in which the top of the flange **45** abuts the bottom surface **419** of the cap **415**, thus being mechanically connected thereto.

6

In the FIG. **9** embodiment the filtering material tube **425** preferably comprises a porous generally rigid plastic filter housing **46**, and the bottom **47** thereof may be either porous or solid with a filter tube **25** [just like the tube **25** in the FIG. **1** embodiment] disposed within the housing **46**, **47**.

The FIG. **10** embodiment is the same as the FIG. **9** embodiment except that instead of the valve **20** being provided the valve is formed by a distinct baby nipple **49** connected to a support **50** with the cap **415** having an open top **51** through which the valve **49** extends until the support **50** engages the shoulder **419** surrounding the opening **51**, and the flange **45** abuts the bottom of the support **50**. The plastic bottle **411** has external elements **414** which may either comprise spaced rings or external threads cooperating with the spaced rings or internal threads **416** of the cap **415**.

FIG. **11** illustrates a larger configuration of water bottle **55** which is adapted to be used in the inverted position, for example supported by a crock **56** having a valve/spigot **57** associated therewith. The bottle **55** has a neck **58** which receives the filter assembly **59**. The filter assembly **59** is the same as the filter assembly **12** with two differences. The valve is in the form of a restricted opening **60** formed in cap **15**, flow being possible therethrough because of a vent opening **61** in the end wall **27** of the activated carbon/binder tube **25**. The vent opening **61** is small enough to prevent the passage of liquid therethrough from the interior of the bottle **55** through the neck **58**, but large enough to allow the passage of air therethrough. For example it may be a circular cross-section through extending opening having a diameter of about 0.02–0.1 inches (e.g. about 0.04).

FIG. **12** shows a filter assembly like that of FIG. **11** only a porous plastic filter housing **62** surrounds the side wall **26** of the tube **25**.

It will thus be seen that according to the present invention an advantageous portable, convenient, versatile, and effective filter assembly, and container with filter assembly, have been provided. While the invention has been herein shown and described in what is presently conceived to be the most practical and preferred embodiment thereof it will be apparent to those of ordinary skill in the art that many modifications may be made thereof within the scope of the invention, which scope is to be accorded the broadest interpretation of the appended claims so as to encompass all equivalent structures and devices.

What is claimed is:

1. A filter assembly for use with a bottle having a circular cross-section neck or open end to simultaneously cap the neck or open end and filter liquid poured out of the bottle through the neck or open end, comprising:

a tube of filtering material, having a substantially continuous liquid-porous side wall a hollow interior, a first closed end, and a second open end;

a cap for a bottle neck or end, having a fitting portion thereof for cooperating with a bottle neck or end and closing a neck or end, said cap having first and second substantially opposite surfaces;

a manual valve operatively associated with said cap, in fluid communication with said tube of filtering material and manually movable between a position defining means for allowing liquid flow through said tube and a position defining means not allowing liquid flow through said tube; and

said tube operatively connected to said cap second surface at said tube second open end, and

wherein said filtering material comprises a substantially continuous self-supporting, self-venting body of acti-

5,609,759

7

vated carbon and binder having a porosity of about 10–120 microns.

2. An assembly as recited in claim 1 wherein said tube is adhesively connected to said cap second surface.

3. An assembly as recited in claim 1 wherein said tube is welded to said cap second surface.

4. An assembly as recited in claim 1 wherein said tube has an outside diameter of less than 25 mm.

5. An assembly as recited in claim 1 wherein said cap fitting portion comprises an internally screw threaded portion.

6. An assembly as recited in claim 1 wherein said cap fitting potion comprises a snap portion.

7. An assembly as recited in claim 1 wherein said filtering material comprises about 95–30%, about 80–325 mesh, activated carbon powder or granules, and about 5–60% about 75–135 mesh, plastic resin granules binder.

8. An assembly as recited in claim 1 further comprising a wrap of filter material having a pore size of about 1–4 microns disposed exteriorly around said filtering material tube sidewall and first closed end.

9. An assembly as recited in claim 1 further comprising a biocidal media disposed within said hollow interior of said tube of filtering material.

10. An assembly as recited in claim 1 and wherein said tube has an exterior diameter of less than 25 mm and a length of about 55–75 mm; and wherein said valve comprises a baby bottle nipple, or a reciprocating valve having an open first position in which an end portion thereof is most remote from said cap, and a closed second position in which said end portion thereof is closest to said cap; and wherein said tube is connected to said cap by adhesive, mechanically, or by welding; and wherein said cap fitting portion comprises an internally screw threaded portion or a snap portion; and wherein said filtering material is capable of reducing the level of chlorine in water passing therethrough by at least 50% at a flow rate of 5 ml/second.

11. An assembly as recited in claim 1 wherein said tube is mechanically connected to said cap second surface.

12. An assembly as recited in claim 11 wherein said tube is connected to said cap second surface by an O-ring received by cooperating grooves formed in said tube and a portion of said cap second surface.

13. An assembly as recited in claim 11 wherein said mechanical connection comprises an internal cylindrical section molded into said cap into which said tube fits forming a friction fit by means of mating surfaces; or a ridge molded into one of said cap or tube which corresponds to a mating indention in the other of said cap or tube.

14. An assembly as recited in claim 11 wherein said tube includes a flange extending substantially perpendicular to said hollow interior, and said cap comprises one or more projections for engaging said flange, said flange and one or more projections providing mechanical connection between said cap and said tube.

15. A container for dispensing filtered water, comprising:

a plastic bottle having an open neck with an inside diameter of about 50 mm or less, and with a cap engaging portion;

a plastic cap having a bottle neck engaging portion, said cap and neck engaging portions cooperating to releasably hold said cap on said neck, said cap having first and second substantially opposite surfaces;

a self-supporting, self-venting tube of or containing filtering material capable of reducing the level of chlorine in water passing therethrough by at least 50% at a flow rate of about 5 ml/second, said tube having a substan-

8

tially continuous liquid porous side wall having an axis, a hollow interior, a first closed end, and a second open end;

a manual valve operatively associated with said cap, in fluid communication with said tube of filtering material and manually movable between a position defining means for allowing liquid flow through said tube and a position defining means not allowing liquid flow through said tube; and

said tube operatively connected to said cap second surface, and said tube having an outside diameter less than said inside diameter of said neck, and positioned with respect to said cap within said bottle so that said tube axis is substantially transverse to said second surface and so that flow of liquid through said tube is primarily radial with respect to said tube axis during filtering, and through said side wall.

16. A container as recited in claim 15 wherein said tube comprises activated carbon and binder, said side wall and closed end being liquid porous; and wherein said bottle neck inside diameter is about 25 mm, said tube outer diameter is about 22 mm, and said tube has a length of about 55–75 mm.

17. A container as recited in claim 15 wherein said self-supporting, self-venting tube of or containing filtering material comprises filtering material having a porosity of about 10–120 microns.

18. A container as recited in claim 15 wherein said filtering material element comprises a substantially continuous body of activated carbon and binder.

19. A container as recited in claim 18 wherein said self-supporting, self-venting tube of a substantially continuous body of filtering material comprises filtering material having a porosity of about 10–120 microns.

20. A container as recited in claim 15 wherein said tube is mechanically connected to said cap second surface.

21. A container as recited in claim 20 wherein said mechanical connection comprises an internal cylindrical section molded into said cap into which said tube fits forming a friction fit by means of mating surfaces.

22. A filter assembly for use with a bottle having a circular cross-section neck or open end to simultaneously cap the neck or open end and filter liquid poured out of the bottle through the neck or open end, comprising:

a tube of filtering material having a porosity of about 10–120 microns, and having a substantially continuous liquid-porous side wall having an axis, a hollow interior, a first closed end, and a second open end;

a cap for a bottle neck or end, having a fitting portion thereof for cooperating with a bottle neck or end and closing a neck or end, said cap having first and second substantially opposite surfaces;

a manual valve comprising a baby bottle nipple extending from said cap first surface; and

said tube operatively connected to said cap second surface at said tube second open end, and positioned with respect to said cap within a bottle so that said tube axis is substantially transverse to said second surface and so that flow of liquid through said tube is primarily radial with respect to said tube axis during filtering, and through said side wall.

23. An assembly as recited in claim 22 wherein said tube comprises a substantially self-supporting, self-venting, body of filtering material having a porosity of between 10–120 microns.

* * * * *

# EXHIBIT 2



US006153096A

# United States Patent [19]

## Nonren, Jr.

[11] **Patent Number:** 6,153,096

[45] **Date of Patent:** Nov. 28, 2000

[54] **SHROUD FOR BOTTLE MOUNTED FILTERS**

[75] Inventor: **John E. Nonren, Jr.**, Clearwater, Fla.

[73] Assignee: **Innova Pure Water, Inc.**, Clearwater, Fla.

[21] Appl. No.: **09/132,143**

[22] Filed: **Aug. 10, 1998**

[51] Int. Cl.[7] .............................. C02F 1/28; B01D 27/00; B01D 39/16

[52] U.S. Cl. .......................... 210/238; 210/282; 210/464; 210/469; 210/472; 222/189.08

[58] Field of Search ...................... 210/282, 232, 210/467, 468, 469, 472, 464, 238; 222/189.08

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 703,654 | 7/1902 | Hall . |
| 3,335,917 | 8/1967 | Knight . |
| 5,045,195 | 9/1991 | Spaugrod et al. . |
| 5,122,272 | 6/1992 | Iana et al. . |
| 5,273,649 | 12/1993 | Magnusson et al. . |
| 5,401,399 | 3/1995 | Magnusson . |
| 5,431,813 | 7/1995 | Daniels . |
| 5,545,315 | 8/1996 | Lennemon . |
| 5,609,759 | 3/1997 | Nohren, Jr. et al. . |
| 5,653,878 | 8/1997 | Reid . |
| 5,928,512 | 7/1999 | Hatch et al. . |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 45-000637 | 1/1970 | Japan . |
| 93/18837 | 9/1993 | WIPO . |

### OTHER PUBLICATIONS

PentaPure Oasis product and packaging, 1996.

*Primary Examiner*—Thomas M. Lithgow
*Attorney, Agent, or Firm*—Nixon & Vanderhye P.C.

[57] **ABSTRACT**

A radial flow filter for use in a bottle, such as a carbon block filter, having a substantially tubular solid wall siphon shield or shroud mounted at one end of the filter element and defining an annular siphon space. The shield is mounted adjacent one of the filter when it is connected to a cap for closing a bottle, having a manual valve (such as a push-pull valve), and is mounted adjacent the other end of the filter when the filter is connected to a drinking straw. The siphon shield allows dispensing of almost all of the water present at the cap when the bottle is inverted for the cap-mounted embodiment, or adjacent the bottom of the bottle for the straw-mounted embodiment, without drawing significant amounts of air through the filter through non-submerged portions of the filter. That is, the maximum amount may be dispensed from the bottle without aspirating air through the filter.

**23 Claims, 2 Drawing Sheets**



**U.S. Patent**    Nov. 28, 2000    Sheet 1 of 2    **6,153,096**

**Fig. 1**



**Fig. 3**



**Fig. 4**



**Fig. 2**



6,153,096

**1**

## SHROUD FOR BOTTLE MOUNTED FILTERS

### BACKGROUND AND SUMMARY OF THE INVENTION

U.S. Pat. No. 5,609,759 and copending application Ser. No. 09/008,845, filed Jun. 20, 1998 (the disclosures of which are hereby incorporated by reference herein) illustrate and describe a very successful bottle mounted filter assembly primarily for significantly reducing the level of chlorine in tap water flowing through the filter out of the bottle. The carbon block filter element illustrated in the U.S. Pat. No. 5,609,759 patent also be used mounted at the bottom of a drinking straw disposed within a sport bottle, as is conventional. In both cases, however, since the filter is a radial flow filter, air can be ingested through the filter (aspirate) when the bottle is approaching empty, which results in an unpleasant gas filled issuance of water for as much as the last two to five ounces of the water being dispensed from the bottom (depending upon the bottle size). It is highly desirable to be able to eliminate or minimize the air being ingested through the filter so that substantially gas-free dispensing of water from the bottle may take place until right near the empty point.

According to the present invention a filter assembly is provided which significantly reduces, and in fact can substantially eliminate, the amount of air ingested through the filter for both cap mounted filters and straw mounted filters in conventional bottles with filters, such as shown in U.S. Pat. No. 5,609,759. This is accomplished, according to the invention, in a simple yet effective manner with a minimal addition cost in manufacture of the filter.

According to one aspect of the present invention a filter assembly is provided comprising the following components: A primarily radial flow filter element comprising a substantially prismatic or cylindrical body of filtering material having a first end through which filtered water flows, and a second end opposite the first end. A substantially tubular siphon shield (shroud) having cross-sectional interior dimensions greater than the exterior cross sectional dimensions of the filter element. A mounting element which mounts the siphon shield around the filter element so that there is a siphon space between the filter element and the siphon shield. And the siphon space cooperating with the siphon shield to significantly reduce the amount of air radially flowing through the filter element with water when parts of the filter element are uncovered by water. The siphon shield (or shroud) is normally independent of the filter and housing so that the shield may be retrofit onto existing filters, and may be removed from a filter and reoriented 180° to change from a straw type filter to a cap type filter, and vice versa.

The filtering material of the radial flow filter element preferably comprises a hollow substantially continuous self-supporting, self-venting body of activated carbon and binder having a porosity of about 10–120 microns, and capable of reducing by at least 50% the amount of chlorine in water flowing through the filter at a flow rate of about 5 milliliters, such as disclosed in U.S. Pat. No. 5,609,759 and the copending application mentioned above, the disclosures of both of which have been incorporated by reference herein. However, other filter elements may also be utilized containing virtually any type of conventional technology, including ceramic filter elements, polymer extraction technology filter elements, iodinated resins, etc.

According to one embodiment of the invention, the filter element first end is operatively connected to a cap for

**2**

closing the open end of a bottle, the cap having a manual valve (e.g. conventional push-pull valve, baby bottle nipples, etc.) associated therewith; and the mounting element mounts the siphon shield adjacent the second end of the filter element so that water can substantially only flow into the siphon space from adjacent the first end of the filter element, and wherein the siphon space is readily accessible to water adjacent the cap. The mounting element preferably comprises a mounting ring, and the siphon space is preferably substantially annular. For example, the substantially annular siphon space typically extends at least about 80% of the length of the filter element from the first end to the second end thereof, and typically at least about 90% of the effective filtering length of the filter element. For example, the siphon shield may comprise a substantially circular cross section substantially solid wall plastic tube and the filter element may be substantially cylindrical (and may be solid or hollow, preferably hollow), and the substantially annular siphon space has substantially uniform dimensions (that is the thickness of the annular space is approximately the same throughout the extent of the shield and filter element).

According to another aspect of the present invention, the filter element first end is operatively connected to a drinking straw; and the mounting element mounts the siphon shield adjacent the first end of the filter element so that water can substantially only flow into the siphon space from adjacent the second end of the filter element, and wherein the siphon space is readily accessible to water adjacent a bottom of a bottle in which the filter element and a portion of a drinking straw are disposed. The details of the mounted element, annulus, etc. for this embodiment are preferably as described above.

The siphon shield and the mounting element (e.g. mounting ring) are preferably integral and made of rigid plastic. The filter element may be "naked", that is uncovered by an accessory housing, or may be covered by an apertured decorative plastic housing, such as those sold by Innova Pure Water, Inc. as standard components of Innova "A" and "B" filters. The mounting element may be ultrasonically welded to the decorative housing, or attached by adhesive, or attached by adhesive directly to the external periphery of the carbon block filter element, or affixed by other known or conventional attachment techniques, such as a friction fit (which makes the shield removable).

According to another aspect of the present invention a filter assembly is provided comprising the following components: A primarily radial flow filter element comprising a substantially prismatic or cylindrical body of filtering material having a first end through which filtered water flows, and a second end opposite the first end. A substantially tubular solid shield having cross-sectional interior dimensions greater than the exterior cross sectional dimensions of the filter element. A mounting element which mounts the shield around the filter element so that there is a space between the filter element and the siphon shield. A cap for closing the open end of a bottle, the cap having a manual valve associated therewith. The filter element first end operatively connected to the cap wherein the mounting element mounts the shield adjacent the second end of the filter element so that water can substantially only flow into the space from adjacent the first end of the filter element, and wherein the space is readily accessible to water adjacent the cap. The mounting element may comprise a mounting ring, and the space may be a substantially annular siphon space, and the substantially annular siphon space may extend at least about 90% of the effective filtering length of the filter element. Other details of the components may be as described above.

6,153,096

**3**

According to another aspect of the present invention a filter assembly is provided comprising the following components: A primarily radial flow filter element comprising a substantially prismatic or cylindrical body of filtering material having a first end through which filtered water flows, and a second end opposite the first end. A substantially tubular shield having cross-sectional interior dimensions greater than the exterior cross sectional dimensions of the filter element. A mounting element which mounts the shield around the filter element so that there is a siphon space between the filter element and the shield. A drinking straw. The filter element first end operatively connected to the drinking straw. And wherein the mounting element mounts the shield adjacent the first end of the filter element so that water can substantially only flow into the siphon space from adjacent the second end of the filter element, and wherein the space is readily accessible to water adjacent a bottom of a bottle in which the filter element and a portion of the drinking straw are disposed. The filter element may extend axially outwardly from the shield adjacent the second end of the filter element so as to be sure to allow access to the substantially annular space between the filter element and the shield. The details of the components may be as described above.

Using the filter assemblies according to the present invention, whether with a squeeze bottle having a cap with a push-pull valve, or a sports bottle with a straw extending outwardly of the sports bottle cap, it is possible to effectively filter water yet minimize the amount of air ingested during the expelling or suction action by which the water is moved out of the bottle. In this way the amount of liquid that can effectively be removed from the bottle (without undesirable affects) is greatly enhanced compared to the prior art, with a minimum of additional costs or difficulty.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a side view, primarily in cross section, but partially in elevation, of an exemplary filter assembly mounted on a cap for a bottle according to the invention, with a siphon shield mounted in association with the filter element so as to minimize aspiration during dispensing of water from the bottle with which the filter assembly is associated, the bottle being shown in dotted line in FIG. 1;

FIG. 2 is a side view, partly in cross section and partly in elevation, of another embodiment according to the present invention in which the filter and shield are mounted in a sports bottle containing a drink straw; and

FIG. 3 is a bottom plan view of the filter assembly of FIG. 2 and

FIG. 4 is a top plan view thereof.

DETAILED DESCRIPTION OF THE DRAWINGS

A filter assembly according to one embodiment of the present invention is shown generally by reference numeral 10 in FIG. 1, in association with a cap 11 for closing the open end of a plastic squeeze bottle 22 or the like, shown in dotted line in FIG. 1. The cap 11 and filter assembly 10 may be basically as described in U.S. Pat. No. 5,609,759 and in copending application Ser. No. Ser. No. 09/008,845, filed Jun. 20, 1998, with changes indicated according to the invention.

The filter assembly 10 according to the invention comprises primarily radial flow filter element 12, a substantially tubular shield 13, and a mounting element 14 for operatively mounting the shield 13 to the filter element 12. In the

**4**

embodiment illustrated in FIG. 1 the filter element 12 is a substantially prismatic or cylindrical bare body of filtering material (either solid or hollow) having a first end 15 through which filtered water flows, and a closed second end 16 opposite the first end. The filtering element 12 as illustrated in FIG. 1 comprises a hollow substantially continuous self-supporting, self-venting body of activated carbon and binder having a porosity of about 10–120 microns, and capable of effectively reducing the amount of chlorine in tap water flowing therethrough by at least 50% at a rate of 5 milliliters per second, such as described in U.S. Pat. No. 5,609,759 and said copending application. The second end 16 of the filter element 12 may be encased in a plastic cap so that there is substantially no truly axial flow into the filter element 12, or the second end 16 may be exposed (bare) carbon block material, or the end 16 may comprise a solid cap with axial vent holes therein.

The first end 15 of the filter element 12 is operatively connected to the cap 11 by any suitable mounting structure, a number of which are disclosed in the U.S. Pat. No. 5,609,759 and said copending application. Merely for the purposes of illustration in FIG. 1, this connection is illustrated by a solid relatively rigid plastic cap 17 which fits over the open end 15 of the filter element 12 and defines an inner tubular projection 18 which receives a smaller diameter tubular filter mount 19 integral with the cap 11. A manual valve 20, such as a conventional push-pull valve as used in conventional bicycle bottles (or any other conventional type valve such as illustrated or disclosed in U.S. Pat. No. 5,609,759 and said copending application) is also provided. The cap 11 is typically releasably attached, as by internal screw threads 21, to external screw threads at the open top of the bottle 22.

What has heretofore described, except for the shield 13 and mounting element 14, is conventional. However, the shield 13 and mounting element 14 according to the invention greatly enhance the functionality of the conventional filter 12 by minimizing aspiration through the filter element 12 as the bottle is nearing empty, and in fact essentially eliminating aspiration (or at least reducing it so that it only occurs for the very last amount being dispensed) e.g. to or allow effective dispensing of virtually all of the liquid in the bottle 22 without aspiration. The shield 13, which may be referred to as a siphon shield or shroud is of substantially rigid, plastic and is substantially solid walled in the preferred embodiment, and is mounted by the mounting element 14 so that a space, which may act as a siphon space, 24 is provided between the exterior surface of the filter 12 and the interior surface of the shield 13. The shield 13 preferably extends at least about 80% of the distance between the ends 15, 16 of the filter element 12, and typically at least 90% of the effective filtering length of the element 12 (which is the length of the element 12 through which liquid may radially flow during normal use).

The mounting element 14 may comprise any suitable known or conventional mounting element which is capable of positioning the shield 13 so that the space 24 is provided. In the preferred embodiment the mounting element 14 is a mounting ring, and the space 24 is a substantially annular space having substantially constant dimensions. The shield 13 is a tube which has cross-sectional area dimensions greater than the exterior cross-sectional dimensions of the filter element 12. While the filter element 12 may have almost any prismatic or cylindrical shape, preferably it is cylindrical, having a circular cross section, and the shield 13 therefore is also a hollow cylinder having a circular cross section. However, if the filter element 12 has a square or

6,153,096

5

other polygonal cross section, the tubular shield 13 preferably has a like cross section (e.g. square).

The substantially constant width of the annular space 24 from the interior of the shield 13 and the exterior of the filter element 12 is not highly critical, as long as the space 24 is sufficient to allow water to relatively easily flow into the space 24 when the cap 12 is inverted, such as when a user has opened the valve 20 and has inverted the cap 11 and/or is squeezing on the bottle 22 to dispense water. While not critical, the space 24 can be dimensioned to provide some sort of a capillary action. In the preferred embodiment, however, the width of the spacing 24 is substantially uniform around the annulus, and is between about 0.005–0.25 millimeters, preferably about 0.1–0.15 millimeters.

The mounting ring 14 may be attached to the element 12 by any suitable mechanism. For example, where the shield 13 and mounting ring 14 are an integral piece of relatively rigid plastic, and where a plastic end cap is provided on the filter 12, the plastics may be ultrasonically welded together, or attached together by adhesive, or have a friction fit (so that the shield 13 is removable, replaceable, usable with other filters, and can be turned 180° and reoriented). Alternatively, the mounting ring 14 may be adhesively directly connected to the filter element 12, or a non-porous lacquer or the like provided adjacent the end 16 of the filter element 12 to which the ring 14 is adhesively secured; or a mechanical connection could be provided, such as O-rings, or other elastomeric sealing elements, or a friction fit of a tapered element with an end stop. In any event, the connection between the mounting ring 14 and the filter element 12 should substantially prevent the flow of liquid into the siphon space 24 from the second end 16 of the filter element 12. Rather, water should flow into the space 24 only through the open annular passageway shown schematically at 26 in FIG. 1 adjacent the cap 11, so that the siphon space 24 is readily accessible to water adjacent the cap 11 (when the bottle 22 is tilted or inverted for dispensing of the water therein).

If desired, structures to assist in fail safe proper mounting of the shield 13 may be provided such as a plurality (e.g. 2–4) of circumferentially spaced aligning ribs 27 integral with the interior of the shield 13 (and occupying the space 24) and/or mounting ring 14, and one or more (if more than one, circumferentially spaced) positioning flanges 28 integral with mounting ring 14 and extending substantially radially inwardly therefrom.

The embodiment of FIG. 2 is similar to that of FIG. 1 except that it is for a straw mounted configuration of the filter element. Components in the FIGS. 2 through 4 embodiment comparable to those in the FIG. 1 embodiment are shown by the same reference numeral only preceded by a "1".

In the FIG. 2 embodiment, the filter assembly 110 includes the filter element 112 which may be identical to the element 12, as described above. In the embodiment actually illustrated in FIG. 2, however, the actual carbon block filter is shown disposed within a conventional (available from Innova Pure Water, Inc. of Clearwater, Fla.) rigid plastic apertured housing 30; the actual carbon block itself is visible at the apertures 31 in the housing 30. At the second end 116 the filter element includes a solid plastic housing component, which may have vent holes 29 (see FIG. 3).

The tubular mount 118 at the first end 115 of the filter element 112 in the FIG. 2 embodiment is connected to a plastic drinking straw 32, which may either extend into the tubular mount 118, or surround it, but in any event makes a

6

substantially liquid tight connection. As is conventional per se, the drinking straw 32 extends through the cap 111 of the sport bottle 122, extending through a circular passageway 33 in the cap 11, and the straw 32 may have a highly flexible (e.g. accordion) portion 34, and a plastic cap 35 for closing the free end of the straw 32, which are conventional per se.

The shield 113, the mounting element (e.g. mounting ring 114), and the space (e.g. siphon space 124) in the FIG. 2 embodiment are substantially identical to the counterparts in the FIG. 1 embodiment, except that the mounting ring 114 is operatively connected to the filter element 112 adjacent the first end 115 thereof. A liquid tight connection between the mounting ring 114 and the filter element 112 may be a sonic weld between the housing 30 for the filter element 112 and the ring 114, or can be by adhesive, mechanically, or the like. In any event, water may pass into the annular siphon space 124 only through the substantially annular passageway 126 provided adjacent the second end 116 of the filter element 112.

In the FIG. 2 embodiment, it is desirable that the second end 116 of the filter element 112 extend slightly outwardly a distance from the tubular shield 113, as illustrated in FIG. 2. This distance, which need not be no more than about 0.1–0.3 millimeters, is provided so that if the second end 116 of the filter element 112 touches the bottom 37 of the bottle 122, the water can still flow into the siphon space 124 through the passageway 126. Instead of the second end 116 extending slightly outwardly from the tubular shield 113, the tubular shield 113 could have the same or a longer length than the filter element 112 adjacent the end 116 as long as the very bottom of the shield 113 was scalloped, apertured, castellated, or in some other way formed so that water can easily flow therethrough to the space 124. That is, in the FIG. 2 embodiment the siphon space 124 is readily accessible to water adjacent the bottom 37 of the bottle 122 in which the filter element 112 and a portion of the drinking straw 32 are disposed.

FIGS. 3 and 4 are top and bottom plan views of the filter assembly 110 per se, and serve to illustrate clearly (see FIG. 3) the substantially uniform dimension annular space 124 and the mounting ring 114.

When the filter assembly 10 in the FIG. 1 embodiment is used, the person drinking from, or dispensing water from, the bottle 22 inverts the bottle 22, opens the valve 20, and if necessary squeezes the bottle 22, to dispense water through the first end 15 of the filter 12 passing through the valve 20. Once the level of water goes below the second end 16 of the filter 12 there still is no aspiration because the tubular shield 13 prevents air from flowing radially through the filter element 12 where not covered by water. The water continues to flow upward into the siphon space 24 until there is virtually no water left adjacent the cap 11, and during substantially this entire time there is little or no aspiration.

Using the FIG. 2 embodiment, the user removes the cap 35 from the drinking straw 32 and sucks on the straw 32 outside of the bottle 122. Water is continuously pulled up into the siphon space 124, moves primarily radially through filter 112, and then passes upwardly through the straw 32 to the user's mouth. If necessary or desirable a vent (such as a check valve), as is conventional, and schematically illustrated at 39 in FIG. 2, may be provided to allow air to flow into the bottle 122 during the suction action. A similar vent could also be provided where appropriate in the bottle 22 or cap 11, if necessary in addition to the self-venting action of the filter 12. In any event, even when the level of water in the bottle 122 is far below the first end 115 of the filter

6,153,096

7

element 112, there is little or no aspiration. Only when the level of water drops so low that air can pass through the passage 126 will there be aspiration.

It will thus be seen that according to the present invention a particularly effective yet simple filter assembly is provided for use with a water bottle or the like which minimizes undesirable aspiration of air through the primarily radial flow filter, and maximizes the amount of liquid that can be dispensed from the bottle without adverse aspiration. Normally all except about the last ounce or less of liquid in the bottle (22, 122) may be readily dispensed substantially without aspiration. While the invention has been herein shown and described in what is presently conceived to be the most practical and preferred embodiment thereof it will be apparent to those of ordinary skill in the art that many modifications may be made thereof within the scope of the invention, which scope is to be accorded the broadest interpretation of the appended claims so as to encompass all equivalent structures, devices, and methods.

What is claimed is:

1. A filter assembly comprising:

a primarily radial flow filter element comprising a substantially prismatic or cylindrical body of filtering material having a first end through which filtered water flows, and a second end opposite said first end;

a substantially tubular siphon shield having cross-sectional interior dimensions greater than the exterior cross sectional dimensions of said filter element, said shield consisting of a single diameter wall comprising the exterior of said filter assembly;

a mounting element which mounts said siphon shield around said filter element so that there is a siphon space between said filter element and said siphon shield;

said siphon space cooperating with said siphon shield to significantly reduce the amount of air radially flowing through said filter element with water when parts of said filter element are uncovered by water; and

wherein said filter element first end is operatively connected to a cap for closing the open end of a bottle, said cap having a manual valve associated therewith; and wherein said mounting element mounts said siphon shield adjacent said second end of said filter element so that water can substantially only flow into said siphon space from adjacent said first end of said filter element, and wherein said siphon space is readily accessible to water adjacent said cap.

2. A filter assembly as recited in claim 1 in combination with a squeezable bottle having an open end and an interior spaced from said open end, said cap closing said open end, and said filter element and siphon shield disposed completely within said bottle interior.

3. A filter assembly as recited in claim 1 wherein said mounting element comprises a mounting ring, and wherein said siphon space is substantially annular, and wherein said substantially annular siphon space extends at least about 80% of the length of said filter element from said first end to said second end thereof.

4. A filter assembly as recited in claim 1 wherein said filter element is bare and said shield forms a substantially annular space between said shield and said bare filter element.

5. A filter assembly as recited in claim 1 wherein said siphon shield consists essentially of a substantially circular cross-section substantially solid wall plastic tube, and wherein said filter element is substantially cylindrical; and wherein said siphon space is substantially annular and has substantially uniform dimensions.

8

6. A filter assembly in combination with a bottle having an open end opposite a bottom; said filter assembly comprising:

a primarily radial flow filter element comprising a substantially prismatic or cylindrical body of filtering material having a first end through which filtered water flows, and a second end opposite said first end;

a substantially tubular siphon shield having cross-sectional interior dimensions greater than the exterior cross sectional dimensions of said filter element, said shield consisting of a single thickness wall comprising the exterior of said filter assembly;

a mounting element which mounts said siphon shield around said filter element so that there is a siphon space between said filter element and said siphon shield;

said siphon space cooperating with said siphon shield to significantly reduce the amount of air radially flowing through said filter element with water when parts of said filter element are uncovered by water; and

wherein said filter element first end is operatively connected to a drinking straw, said straw extending through said open end of said bottle; and wherein said mounting element mounts said siphon shield adjacent said first end of said filter element so that water can substantially only flow into said siphon space from adjacent said second end of said filter element, and wherein said siphon space is readily accessible to water adjacent said bottom of said bottle in which said entire filter element, and a portion of said drinking straws are disposed.

7. A filter assembly as recited in claim 6 wherein said filter element extends axially outwardly from said siphon shield adjacent said second end of said siphon filter element.

8. A filter assembly as recited in claim 6 wherein said mounting element comprises a mounting ring, and wherein said siphon space is substantially annular.

9. A filter assembly as recited in claim 8 wherein said substantially annular siphon space extends at least about 80% of the length of said filter element from said first end to said second end thereof.

10. A filter assembly as recited in claim 1 wherein said filter element comprises a hollow substantially continuous self-supporting, self-venting body of activated carbon and binder having a porosity of about 10–120 microns.

11. A filter assembly as recited in claim 1 wherein said siphon shield and mounting element are integral and made of rigid plastic; and wherein said filter element is covered by an apertured decorative plastic housing; and wherein said mounting element makes a friction fit with said decorative housing so that said shield is removable from said decorative housing.

12. A filter assembly as recited in claim 1 wherein said mounting element comprises a mounting ring, and wherein said siphon space is substantially annular; and wherein said substantially annular siphon space extends at least about 90% of the effective filtering length of said filter element.

13. A filter assembly as recited in claim 6 wherein said filter element comprises a hollow substantially continuous self-supporting, self-venting body of activated carbon and binder having a porosity of about 10–120 microns.

14. A filter assembly and bottle combination comprising:

a squeezable bottle having an open end and an interior spaced from said open end;

a primarily radial flow filter element comprising a substantially prismatic or cylindrical body of filtering material having a first end through which filtered water flows, and a second end opposite said first end;

a substantially tubular substantially solid wall shield having cross-sectional interior dimensions greater than the exterior cross sectional dimensions of said filter element;

6,153,096

**9**

a mounting element which mounts said shield around said filter element so that there is a space between said filter element and said siphon shield;

a cap for closing said open end of a bottle, said cap having a manual valve associated therewith;

said filter element first end operatively connected to said cap;

said cap closing said open end and said filter element and siphon shield disposed completely within said bottle interior; and

wherein said mounting element mounts said shield adjacent said second end of said filter element so that water can substantially only flow into said space from adjacent said first end of said filter element, and wherein said space is readily accessible to water adjacent said cap.

15. A filter assembly as recited in claim 14 wherein said mounting element comprises a mounting ring, and wherein said space is a substantially annular siphon space.

16. A filter assembly as recited in claim 15 wherein said substantially annular siphon space extends at least about 90% of the effective filtering length of said filter element.

17. A filter assembly as recited in claim 14 wherein said siphon shield comprises a substantially circular cross-section substantially solid wall plastic tube, and wherein said filter element is substantially cylindrical; and wherein said siphon space is substantially annular and has substantially uniform dimensions.

18. A filter assembly as recited in claim 15 wherein said mounting ring has a friction fit with said filter element or a decorative housing thereof, so that said shield may be readily removed therefrom.

19. A filter assembly comprising:

a primarily radial flow filter element comprising a substantially prismatic or cylindrical body of filtering material having a first end through which filtered water flows, and a second end opposite said first end;

**10**

a substantially tubular shield having cross-sectional interior dimensions greater than the exterior cross sectional dimensions of said filter element, said shield consisting of a single diameter wall comprising the exterior of the filter assembly;

a mounting element which mounts said shield around said filter element so that there is a siphon space between said filter element and said shield;

a drinking straw;

said filter element first end operatively connected to said drinking straw; and

wherein said mounting element mounts said shield adjacent said first end of said filter element so that water can substantially only flow into said siphon space from adjacent said second end of said filter element, and wherein said space is readily accessible to water adjacent a bottom of a bottle in which said filter element and a portion of said drinking straw are disposed.

20. A filter assembly as recited in claim 19 wherein said filter element extends axially outwardly from said shield adjacent said second end of said filter element and wherein said mounting element comprises a mounting ring, and wherein said space is substantially annular.

21. A filter assembly as recited in claim 20 wherein said substantially annular space extends at least about 80% of the length of said filter element from said first end to said second end thereof, and comprises a siphon space.

22. A filter assembly as recited in claim 20 wherein said siphon shield consists of a a circular cross-section substantially solid wall plastic tube, and wherein said filter element is substantially cylindrical; and wherein said space is substantially annular and has substantially uniform dimensions.

23. A filter assembly as recited in claim 20 wherein said mounting ring has a friction fit with said filter element or a decorative housing thereof, so that said shield may be readily removed therefrom.

*    *    *    *    *